**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

THE PILLSBURY COMPANY, Civil No. 01-1848 (JRT/SRN)

Plaintiff,

v. **ORDER OF DISMISSAL**

LUMBERMAN'S MUTUAL
CASULTY COMPANY,

Defendant.

---

Rikke Dierssen-Morice, FAEGRE & BENSON, 2200 Norwest Center, 90 South Seventh Street, Minneapolis, MN 55402-3901, for plaintiff.

Robert D. Brownson, BROWNSON & BALLOU, 225 South Sixth Street, Suite 4800, Minneapolis, MN 55402, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: July 25, 2002
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

JUL 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK